UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEVERT J. HORNER, an individual; BARBARA HORNER, an individual,

    Plaintiffs,

  v.

SELECT PORTFOLIO SERVICING. INC., a business entity, and DOES 1 through 50, inclusive,

    Defendants.

NO. CIV. S-12-0666 LKK/KJN

O R D E R

In the above-captioned matter, a hearing on defendant Select Portfolio Servicing, Inc.'s motions to dismiss (Dkt. No. 10) and to expunge (Dkt. No. 7), is currently scheduled for June 18, 2012. The court does not find oral argument to be necessary and will decide the motions on the papers. Accordingly, the hearing currently scheduled for June 18, 2012 is **VACATED**.

    IT IS SO ORDERED.

    DATED: June 7, 2012.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT