UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEVERT J. HORNER, an individual; BARBARA HORNER, an individual,

        Plaintiffs,

    v.

SELECT PORTFOLIO SERVICING. INC., a business entity, and DOES 1 through 50, inclusive,

        Defendants.
_____/

NO. CIV. S-12-0666 LKK/KJN

LEVERT J. HORNER, an individual; BARBARA F. HORNER, an individual,

        Plaintiffs,

    v.

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS INDENTURE TRUSTEE, ON BEHALF OF HOLDERS OF THE ACCREDITED MORTGAGE LOAN TRUST 2006-1 ASSET BACK NOTES, a business entity; and DOES 1 through 50, inclusive,

        Defendants.
_____/

NO. CIV. S-12-1622 JAM/GGH

<u>RELATED CASE ORDER</u>

1

1       Plaintiffs have filed a Notice of Related Cases.  Examination
2  of the above-entitled actions reveals that the two (2) actions are
3  related within the meaning of Local Rule 123(a), E.D. Cal. (2012).
4  Upon examination of the complaints, it appears that both cases
5  involve the same property and mortgage, and both assert similar
6  claims arising out of the handling of plaintiffs' request for a
7  loan modification.
8       Related cases are generally assigned to the judge presiding
9  over the case with the lowest number.  <u>See</u> E.D. Cal. R. 123(c).
10 Accordingly the court ORDERS as follows:
11      1. The action denominated 2:12-cv-1622-JAM/GGH is REASSIGNED
12 to Senior Judge Lawrence K. Karlton and Magistrate Judge Kendall
13 J. Newman for all further proceedings.
14      2. Henceforth, the caption on documents filed in the
15 reassigned case shall be shown as 2:12-cv-1622-LKK/KJN.
16      3. The Clerk of the Court shall make appropriate adjustment
17 in the assignment of civil cases to compensate for this
18 reassignment.
19      IT IS SO ORDERED.
20      DATED:  July 9, 2012.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2